IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY CONSTRUCTION SERVICES, INC., <br><br> Defendant. | No. 11 C 2547 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Michael T. Mason |

## PLAINTIFF'S MOTION FOR JUDGMENT

Plaintiff, James T. Sullivan, not individually but as Trustee of Plumbers' Pension Fund, Local 130, U.A., Plumbers' Welfare Fund, Local 130, U.A., The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., and Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund ("Funds"), by his attorneys, John W. Loseman, Douglas A. Lindsay, and Brian T. Bedinghaus, with ROETZEL & ANDRESS, LPA, of counsel, move the Court to enter Judgment in favor of Funds and against Defendant, Broadway Construction Services, Inc. In support hereof, Funds state:

1. Funds brought this action, *inter alia*, to obtain reports and audit verifying Defendant's compliance with its obligations to under a collective bargaining agreement with Chicago Journeymen Plumbers' Local Union 130, U.A., pursuant to ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185, and to recover all amounts found to be due. *Complaint, Doc. No. 1.*

2. Defendant is an Illinois corporation.

3. By Order dated June 2, 2011, the Court held Defendant in default and required Defendant to produce its books and records for compliance audit. *Order, Doc. No. 12*.

4. Pursuant to the Court Order, the certified public accounting firm of Legacy Professionals LLP conducted a compliance audit of Defendant's books and records. On completing the audit, Legacy issued its Report of Audit Changes ("Audit Report") dated October 28, 2011, covering the period from March 1, 2008, through December 31, 2010. The Audit Report, a true and correct copy of which is attached as Exhibit A.2, revealed that amounts are due and owing by Defendant. *Affidavit of James Kemperas, Exhibit A; Audit Report, Exhibit A.2*.

5. As of the date of filing of this Motion, Defendant has not paid the amounts shown due in the Audit Report.

6. Defendant owes the following:

| | |
|---|---:|
| Audit delinquency as set forth in Audit Report attached as Exhibit A.2 per Collective Bargaining Agreement and ERISA, 29 U.S.C. §1132(g)(2)(A) and (B) and LMRA, 29 U.S.C. §185 | $22,017.91 |
| Additional interest for period 10/1/11 through 10/31/11 at $252.03/mo. x 1 month as set forth in Audit Report per Collective Bargaining Agreement and 29 U.S.C. §1132(g)(2)(B) and 29 U.S.C. §185, per Affidavit of James Kemperas attached as Exhibit A | 252.03 |
| ERISA double interest through 10/31/11 including accrued interest of $3,871.63 as set forth in Audit Report and additional interest of $252.03 as set forth above per 29 U.S.C. §1132(g)(2)(C) | 4,123.66 |
| Funds' attorneys' fees and costs through 9/30/11 as set forth in Affidavit of John W. Loseman attached as Exhibit B per Collective Bargaining Agreement and 29 U.S.C. §1132(g)(2)(D) and 29 U.S.C. §185 | 6,283.68 |

| | |
|---|---:|
| Funds' audit costs as set forth in Affidavit of James Kemperas attached as Exhibit A per Collective Bargaining Agreement and 29 U.S.C. §1132(g)(2)(E), and 29 U.S.C. §185 | <u>4,076.05</u> |
| Total due: | $36,753.33 |

WHEREFORE, Plaintiff, James T. Sullivan, not individually but as Trustee of Plumbers' Pension Fund, Local 130, U.A., Plumbers' Welfare Fund, Local 130, U.A., The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., and Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund, requests that the Court enter judgment in favor of Plaintiff against Defendant, Broadway Construction Services, Inc., in the amount of $36,753.33.

                                        James T. Sullivan, not individually but as a Trustee of Plumbers' Pension Fund, Local 130, U.A., etc., by his attorneys, John W. Loseman, Douglas A. Lindsay, and Brian T. Bedinghaus

| | |
|---|---|
| Of Counsel:<br>ROETZEL & ANDRESS, LPA<br>20 N. Clark Street, Suite 3200<br>Chicago, IL 60602-5093<br>312.580.1200 | By: /s/ John W. Loseman<br>    John W. Loseman<br>    20 N. Clark Street, Suite 3200<br>    Chicago, IL 60602-5093<br>    312.580.1258 |

## CERTIFICATE OF SERVICE

      John W. Loseman, an attorney, certifies that he caused a copy of the foregoing Funds' Motion for Judgment to be served on the following person(s):

      Broadway Construction Services, Inc.
c/o Charles E. Antonietti, Registered Agent
1461 Ring Road
Calumet City, IL  60409

by causing a true and correct copy thereof to be sealed in an envelope addressed as aforesaid, with proper First Class postage prepaid, and deposited with the U.S. Postal Service at 20 N. Clark Street, Chicago, IL, this 31st day of October, 2011.

      /s/  John W. Loseman